E-FILED
Thursday, 09 January, 2020  09:11:09 AM
Clerk, U.S. District Court, ILCD

FILED
JAN 0 7 2020
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 20-CR-30001 |
| ) | |
| v. ) | |
| ) | VIO: 18 U.S.C. §115(a)(1)(B) |
| RANDALL E. TARR, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

On or about November 25, 2019, in the Central District of Illinois, the defendant,

**RANDALL E. TARR**,

did threaten to assault and murder a United States Official, namely Rodney Davis, a United States Congressman, with intent to impede, intimidate and interfere with, and retaliate against, Congressman Davis, while he was engaged in the performance of his official duties.

All in violation of Title 18, United States Code, Section 115(a)(1)(B).

A True Bill.

s/ Foreperson

Foreperson

s/ Gregory Gilmore

_____
JOHN C. MILHISER
UNITED STATES ATTORNEY
CCC